```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                        2:05-cr-35

Charles Francis Bundick

<u>ORDER</u>

    On March 10, 2005, the defendant appeared before the magistrate judge, and consented to enter a guilty plea before the magistrate judge.  The defendant pleaded guilty to Count 1 of the information, and indicated that he would not contest the forfeiture in Count 2 of the information.  On March 15, 2005, the magistrate judge filed a Report and Recommendation recommending that the defendant's plea of guilty be accepted.  There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 18) that the defendant's plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the information, and he is hereby adjudged guilty on that count.  The court will defer acceptance of the plea agreement until after the court has had the opportunity to review the final presentence investigation report.

Date: May 3, 2005                    <u>    s\James L. Graham    </u>
                                            James L. Graham
                                            United States District Judge